NOT FOR PUBLICATION

FILED

UNITED STATES COURT OF APPEALS

NOV 20 2017

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JENNAFER YELLOWHORSE,

         Plaintiff-Appellant,

  v.

KAYENTA UNIFIED SCHOOL
DISTRICT; et al.,

         Defendants-Appellees.

No.   17-15688

D.C. No. 3:16-cv-08093-DJH

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Arizona
Diane J. Humetewa, District Judge, Presiding

Submitted November 15, 2017[**]

Before:    CANBY, TROTT, and GRABER, Circuit Judges.

Jennafer Yellowhorse appeals pro se from the district court's judgment

dismissing for failure to state a claim her action alleging various federal claims.

We have jurisdiction under 28 U.S.C. § 1291. We review de novo a dismissal

under 28 U.S.C. § 1915(e)(2)(B)(ii). *Barren v. Harrington*, 152 F.3d 1193, 1194

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

(9th Cir. 1998) (order).  We affirm.

The district court properly dismissed Yellowhorse's action because Yellowhorse failed to allege facts sufficient to state any plausible claims.  *See Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009) ("[A] complaint must contain sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." (citation and internal quotation marks omitted)).

**AFFIRMED.**